1 Erwin J. Shustak (119152)
shustak@shufirm.com
2 Thomas C. Frost (185187)
tfrost@shufirm.com
3 Robert L. Hill (241624)
rhill@shufirm.com
4 SHUSTAK FROST & PARTNERS, P.C.
401 West "A" Street, Suite 2330
5 San Diego, CA 92101
Telephone: (619) 696-9500
6 Facsimile: (619) 615-5290

7 Attorneys for Imagenetix, Inc. and William Spencer

8

9                    UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11

12 IMAGENETIX, INC., a Nevada corporation    ) Case No.  **'11CV2570 JAH  JMA**
and WILLIAM  SPENCER, an individual,      )
                                          )
13               Petitioners,             ) **PETITION  TO  VACATE  ARBITRATION**
                                          ) **AWARD**
14        v.                              )
                                          )
15 TRIPHARMA, LLC, a Delaware limited      )
liability company, and EVAN DAMESHEK, an  )
16 individual,                             ) Hearing Date:  To Be Determined
                                          ) Hearing Time:  To Be Determined
17               Respondents.             )
                                          )
18                                        )
                                          )
19                                        )
                                          )
20

21

22

23

24

25

26

27

28

_____
PETITION TO VACATE ARBITRATION AWARD

1    Petitioners, IMAGENETIX, INC. and WILLIAM SPENCER, through their counsel of

2    record, SHUSTAK FROST & PARTNERS, P.C., submit this Petition to Vacate the Arbitration

3    Award issued on November 2, 2011 in JAMS Arbitration No. 1240020032 pursuant to 9 U.S.C.

4    §§9-10, *et. seq.,* and case law relevant thereto, on the following grounds: (1) the Arbitration Award

5    was issued in manifest disregard of both Federal and State law, including, but not limited to 35

6    U.S.C.A. §271 ("Infringement of Patent"); (2) there was evident partiality or corruption of the

7    Arbitrator; (3) the Arbitrator was guilty of misbehavior by which the rights of the Petitioners have

8    been prejudiced; and (4) the Arbitrator exceeded his powers and so imperfectly executed them that a

9    mutual, final, and definite award upon the subject matter was not made.

10    This Petition will be supplemented with Declarations, Exhibits and a Memorandum of Law

11    once it has been assigned to a Judge and a hearing date set.

12    The basis for the venue of this Petition in this Court is the underlying arbitration which this

13    Petition seeks to vacate was conducted within this judicial district.

14

15    The basis for this Court's subject matter jurisdiction over this Petition is one of Federal

16    Question, founded on 28 U.S.C. § 1331, and arising under the manifest disregard of, amongst

17    other statutes,  the United States Patent Act, 35 U.S.C. §271, *et seq.*, case law relevant thereto,

18    and related statutes which formed the basis for the underlying arbitration.

19    DATED:  November  4, 2011                  Submitted by,

20                                                SHUSTAK & PARTNERS, P.C.
                                                ERWIN J. SHUSTAK
                                                THOMAS C. FROST
21                                                ROBERT L. HILL

22

23                                                s/ Erwin J. Shustak
                                                Email: shustak@shufirm.com

24                                                401 West "A" Street, Suite 2330
                                                San Diego, CA 92101
25                                                Telephone: (619) 696-9500
                                                Facsimile: (619) 615-5290

26
                                                *Attorneys for Imagenetix, Inc. and William  Spencer*
27

28

- 1 -

PETITION TO VACATE ARBITRATION AWARD

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Imagenetix, Inc., a Nevada corporation and William Spencer, an individual

**DEFENDANTS**

TriPharma, LLC, a Delaware limited liability company, and Evan Dameshek, an individual

**(b)** County of Residence of First Listed Plaintiff    San Diego, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Orange, CA
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Shustak Frost & Partners, P.C., 401 West "A" Street, Suite 2330 San Diego, CA 92101;   619-696-9500

Attorneys (If Known)

**'11 CV2570 JAH JMA**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions ☒ |
| **REAL PROPERTY** | ☐ 365 Personal Injury - Product Liability | | ☐ 790 Other Labor Litigation | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | **PERSONAL PROPERTY** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 370 Other Fraud | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 371 Truth in Lending | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 380 Other Personal Property Damage | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 385 Property Damage Product Liability | | **SOCIAL SECURITY** | ☐ 950 Constitutionality of State Statutes |
| **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 861 HIA (1395ff) | |
| ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 862 Black Lung (923) | |
| ☐ 442 Employment | **Habeas Corpus:** | | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 864 SSID Title XVI | |
| ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 865 RSI (405(g)) | |
| ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | |
| ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
U.S. Patent Act, 35 U.S.C §§ 271, et seq.

Brief description of cause:
Petition to Vacate Arbitration Award

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE  11/4/2011

SIGNATURE OF ATTORNEY OF RECORD
s/ Erwin J. Shustak      Email: shustak@shufirm.com

**FOR OFFICE USE ONLY**

RECEIPT # ___   AMOUNT ___   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___