# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Imagenetix, Inc.; William Spencer

V.

Tripharma, LLC; Evan Dameshek

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 11CV2570-JAH(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the motion to dismiss is granted. The petition is dismissed without leave to amend.

| December 19, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/J. Petersen
(By) Deputy Clerk

ENTERED ON December 19, 2011

11CV2570-JAH(JMA)